# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139808

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

LUVIQ PLUMAJ,
　　　　Defendant-Appellant.

SC: 139808
COA: 293008
Wayne CC: 07-005810-FH;
　　　　　　07-009020-FC

_____/

　　　　On order of the Court, the application for leave to appeal the August 28, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



　　　　I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

s0616

_____
Clerk